UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Jason L. Lopez<br>Attorney at Law, Bar No. 7796 | Case No. 2:19-ms-00092<br><br>ORDER OF SUSPENSION |

On October 31, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of November 1, 2019. The OSC provided Mr. Lopez with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Lopez. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Jason L. Lopez, Bar No. 7796, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 5th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 5th day of December 2019, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Jason L. Lopez
7440 Aardvark Walk St.
Las Vegas, NV 89113

Certified Mail No.: 7019 0700 0001 7574 6499


<u>/s/ Lorena Q.</u>
Deputy Clerk
United States District Court,
District of Nevada